**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Craig James,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro et al.,<br><br>　　　　Respondents. | No. CV 00-01118-PHX-NVW<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Pending before the Court is Petitioner's motion for a short one-week extension of time to file his memorandum on the merits of the remaining claims. (Dkt. 106.) Respondents do not oppose Petitioner's motion.

Good cause appearing,

**IT IS HEREBY ORDERED** granting Petitioner's unopposed motion for an extension of time. Petitioner's Memorandum RE: Merits shall be filed by **March 28, 2007**.

**IT IS FURTHER ORDERED** that Respondents' response on the merits shall be filed by **May 10, 2007**, and Petitioner's reply may be filed by **June 12, 2007**.

DATED this 26th day of March 2007.

　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　United States District Judge