**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Craig James,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CV 00-01118-PHX-NVW<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pending before the Court is Respondents' first motion for an extension of time to file their Merits Response. Petitioner does not oppose Respondents' motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time. (Dkt. 119.) Respondents' Merits Response shall be filed by August 10, 2007.

**IT IS FURTHER ORDERED** that Petitioner may file a Merits Reply by September 14, 2007.

DATED this 3rd day of May 2007.

Neil V. Wake
United States District Judge