**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Craig James,<br><br>                    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>                    Respondents. | No. CV 00-1118-PHX-NVW<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

Pending before the Court is Respondents' second motion for an extension of time requesting an additional forty-five days to file their Merits Response.  Earlier, the Court granted Respondents' motion for a ninety day extension of time.  The Court will grant the instant motion but cautions that no further extensions will be allowed absent a showing of extraordinary circumstances.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' motion for an extension of time. (Dkt. 121.)  Respondents' Merits Response shall be filed by September 25, 2007.

**IT IS FURTHER ORDERED** that Petitioner may file a Merits Reply by October 23, 2007.

DATED this 19th day of July 2007.

_____
Neil V. Wake
United States District Judge