**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Craig James,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>　　　　　Respondents. | No. CV-00-1118-PHX-NVW<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pending before the Court is Respondents' third motion for an extension of time requesting an additional 17 days until October 12, 2007, to file their Merits Response. Earlier, the Court granted two extensions of time. In granting the last extension the Court stated that no further extension will be allowed absent a showing of extraordinary circumstances. Upon review, the Court believes counsel for Respondents has made a showing of extraordinary circumstances warranting an extension. The Court again cautions that no further extensions will be allowed absent a showing of extraordinary circumstances.

**IT IS THEREFORE ORDERED** granting Respondents Motion for Extension of Time. (Dkt. 123). Respondents' Merits Response shall be filed by October 12, 2007.

**IT IS FURTHER ORDERED** that Petitioner may file a Reply by November 9, 2007.

DATED this 19th day of September 2007.

　　　　　　　　　　　　　　　　　　　　　／s／ Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　United States District Judge