**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Craig James, | ) | No. CIV 00-1118-PHX-NVW |
| | ) | |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| | ) | |
| v. | ) | |
| | ) | |
| Dora B. Schriro, et al., | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pending before the Court is Petitioner's Motion for Law Student Funding. (Dkt. 127.) Petitioner requests the Court permit employment of two law students at the rate of $25 per hour for a period not to exceed 200 hours (for a total of up to $5,000). By previous order the Court permitted the employment of two law students to assist in preparation of Petitioner's Merits Brief for a total of 303.8 hours at $25 per hour (total cost of $7,595). (*See* Dkt. 118.) Petitioner states the law students will assist by conducting research and writing in preparation of the Reply.

The Court notes that Respondents have yet to file a Response to the Merits Brief. In fact, Respondents have been granted an extension of time until October 12, 2007. In light of the fact Respondent have not yet filed a Response and Petitioner is not yet aware of the contents of that Response, the Court believes this motion is premature. Once a Response has been filed, Petitioner may re-file this motion and renew his request for law student funding.

1  **IT IS THEREFORE ORDERED** that Respondent's Motion for Law Student
2  Funding (Dkt. 127) is denied without prejudice.
3  DATED this 20th day of September 2007.

_____
Neil V. Wake
United States District Judge