**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Steven Craig James,       )   No. CV-00-01118-PHX-NVW
                          )
          Petitioner,     )   DEATH PENALTY CASE
                          )
v.                        )
                          )
                          )   **ORDER**
Dora Schriro, et al.,     )
                          )
          Respondents.    )
                          )
                          )

     Pending before the Court is Respondents' Motion to Accept Late Filing.  (Dkt. 130.) On September 19, 2007, the Court granted Respondents' third motion for an extension of time until October 12, 2007 to file their Merits Response.  (*See* Dkt. 126.)  On October 17, 2007, the Response was lodged with the Court.  (Dkt. 129.)  Petitioner moved the Court to accept the late filing of the Response, raising as justification the same grounds cited in the last motion for extension of time, namely, that counsel for Respondents has had an illness in the family requiring him to take time off from his duties.  In light of the fact that the Response has been lodged with the Court, and in light of the fact that Petitioner has no objection to acceptance of the late filing, the motion will be granted.

     Accordingly,

     **IT IS HEREBY ORDERED** granting Respondents Motion to Accept Late Filing. (Dkt. 130).

/ / /

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall file the Response in the

2   Court record.

3    DATED this 22nd day of October 2007.

4

5

6    _____

7    Neil V. Wake
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2