**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Craig James,<br><br>　　　　Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV-00-01118-PHX-NVW<br><br><u>DEATH PENALTY CASE</u><br><br><br>**ORDER** |

Pending before the Court is Petitioner's Motion for Extension to File Reply Memorandum. (Dkt. 134.) Petitioner seeks an extension of time until February 15, 2008 to file a Reply. Petitioner states that his counsel, Gary Lowenthal, requires this extension of time because the unexpected death of his younger sister requires that Lowenthal spend extensive time making probate arrangements (she died intestate), as well as new arrangements to care for his mother who has Alzheimer's disease. His late sister was the primary care provider for his mother and his mother is the beneficiary of her estate. (*See id.* at 2.) In addition, because his mother suffers from Alzheimer's, Lowenthal states he must make arrangements to have a conservator appointed to deal with the estate. Because of this situation, counsel states he will not be able to devote significant time to the Reply until after January 1, 2008. Petitioner states counsel for Respondents has been apprised of the situation and has no objection to the extension of time.

Accordingly,

**IT IS HEREBY ORDERED** granting Petitioner's Motion for Extension to File Reply Memorandum.  (Dkt. 134.)

DATED this 6th day of November 2007.

_____
Neil V. Wake
United States District Judge