**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Craig James, | ) | No. CIV 00-1118-PHX-NVW |
| | ) | |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| | ) | |
| v. | ) | |
| | ) | |
| Dora B. Schriro, et al., | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pending before the Court is Petitioner's Motion for Law Student Funding pursuant to 18 U.S.C. § 3599(f). (Dkt. 136.) Petitioner requests that the Court permit employment of two law students at the rate of $25 per hour for a period not to exceed 240 hours (for a total of up to $ 6,000). By previous order the Court permitted the employment of two law students to assist in preparation of Petitioner's Merits Brief for a total of 303.8 hours at $25 per hour (total cost of $7,595). (*See* Dkts. 88 and 118.) Counsel for Petitioner states that the law students will assist by conducting research and writing in preparation of the Reply.

Upon review and without prejudice to a motion for additional law student funding, the Court will authorize a sum not to exceed $ 4,000 for law student services (160 hours at $ 25 per hour). If additional hours are required, counsel shall file a motion for additional funding prior to unauthorized services being rendered by the law students. In addition, counsel was previously notified of the specific administrative requirements for obtaining reimbursement for law student services by the Court's order of September 25, 2006. (Dkt. 88.) Those

requirements remain in effect in relation to any requests for reimbursement of such services pursuant to this order. (*See id.* at 2-3.)

**IT IS THEREFORE ORDERED** granting, in part, Petitioner's Motion for Law Student Funding. (Dkt. 136.) The Court authorizes Petitioner to retain the services of law students nunc pro tunc from the date of January 2, 2008, not to exceed $ 25 an hour, up to 160 hours or $ 4,000.

DATED this 3rd day of January 2008.

_____
Neil V. Wake
United States District Judge